UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MATTHEW MARIZZA,

    Plaintiff

v.

AMAREL, et al.,

    Defendants

Case No.: 3:24-cv-00601-CSD

**Order**

Re: ECF No. 32

On June 16, 2026, the court granted Plaintiff's motion to file an amended complaint, authorizing the filing of the First Amended Complaint (ECF No. 32). Upon screening, the court concluded the complaint may proceed against Defendants Voss and Sullivan but not against Defendant Williams. (ECF No. 31.) Although the court granted Plaintiff leave to amend the complaint as to his claims against Defendant Williams, Plaintiff has not done so, and the time for doing so has expired. Therefore, this action will proceed against Defendants Voss and Sullivan only.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Within twenty-one (21) days of the date of entry of this order, the Attorney General's Office shall file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal. As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Office shall file, under seal, but shall not serve the inmate Plaintiff the last known address(es) of those defendant(s) for whom it has such information. If the last known

address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es).

2. If service cannot be accepted for any of the named defendant(s), Plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for the defendant(s). For the defendant(s) as to which the Attorney General has not provided last-known-address information, Plaintiff shall provide the full name and address for the defendant(s).

3. If the Attorney General accepts service of process for any named defendant(s), such defendant(s) shall file and serve an answer or other response to the complaint (ECF No. 32) within sixty (60) days from the date of this order.

**IT IS SO ORDERED**.

Dated: July 10, 2026

_____
Craig S. Denney
United States Magistrate Judge

2