**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MATTHEW MARIZZA,

    Plaintiff

v.

AMAREL, et al.,

    Defendants

Case No.: 3:24-cv-00601-CSD

**Order**

Re: ECF No. 33

Plaintiff has filed a motion to amend the scheduling order and extend discovery deadlines in this case. (ECF No. 33) Because the sole defendant that was a party to the current scheduling order (ECF No. 26) has been dismissed, Plaintiff's motion (ECF No. 33) is **GRANTED IN PART.** The current scheduling order is hereby **VACATED**. Once one or both of the newly added defendants has been served and filed an answer, the court will conduct another case management conference and direct the filing of a new scheduling order and discovery plan.

**IT IS SO ORDERED**.

Dated: July 10, 2026

_____
Craig S. Denney
United States Magistrate Judge