**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MATTHEW R. MARIZZA,

Plaintiff

v.

AMAREL, et al.,

Defendants

Case No.: 3:24-cv-00601-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

On September 9, 2026, the court issued an order setting a mandatory telephonic case management conference for October 7, 2026. (ECF No. 39.) That order was returned as undeliverable with a notation that Plaintiff is now housed at Southern Desert Correctional Center (SDCC). (ECF No. 41.) A copy of ECF No. 39 was sent to Plaintiff electronically at SDCC. Defendants filed their case management report on October 2, 2026 (ECF No. 42), which was also returned as undeliverable (ECF No. 43.)

Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1. The Clerk shall kindly **SEND** a courtesy copy of this Order electronically to Plaintiff at SDCC.

**IT IS SO ORDERED**. Dated: October 5, 2026

Craig S. Denney
United States Magistrate Judge