**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MATTHEW R. MARIZZA,

Plaintiff

v.

AMAREL, et al.,

Defendants

Case No.: 3:24-cv-00601-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

On September 9, 2026, the court issued an order setting a mandatory telephonic case management conference for October 7, 2026. (ECF No. 39.) That order was returned as undeliverable with a notation that Plaintiff is now housed at Southern Desert Correctional Center (SDCC). (ECF No. 41.) A copy of ECF No. 39 was sent to Plaintiff electronically at SDCC. Defendants filed their case management report on October 2, 2026 (ECF No. 42), which was also returned as undeliverable (ECF No. 43.)

On October 5, 2026, the court issued an order giving Plaintiff 21 days to file a notice of change of address in conformity with Local Rule IA 3-1. He was cautioned that a failure to comply may result in dismissal of this action or the imposition of another appropriate sanction. As a courtesy, that order was also sent to Plaintiff at SDCC. (ECF No. 44.)

Plaintiff appeared for the telephone case management conference on October 7, 2026. At that time, Plaintiff advised the court he recently transferred between facilities and had not received his legal documents. (ECF No. 45.)

Plaintiff has still not filed a notice of change of address.

The scheduling order was entered in this matter on October 7, 2026. (ECF No. 46.)

Plaintiff shall file a notice of change of address within **30 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

The Clerk shall kindly **SEND** a courtesy copy of this Order as well as ECF No. 46 electronically to Plaintiff at SDCC.

**IT IS SO ORDERED**.

Dated: October 28, 2026

Craig S. Denney
United States Magistrate Judge